UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.: 1:19-cv-10570-RGS

ANDRES RAMON MELO,

    Plaintiff,

vs.

SHEILA E. GROVE, TRUSTEE,
WARREN G. LIZIO, TRUSTEE,
TRUSTEES OF NEW 560 TREMONT
STREET TRUST, and CAZAROSSI, LLC,

    Defendants.
_____/

## STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

The Parties, pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P., hereby stipulate to the voluntary dismissal of this action with prejudice, with each party to bear their own attorney's fees, litigation expenses and costs.

Respectfully submitted,

The Plaintiff,
By his attorneys,

/s/Edward N. Garno, Esq.
Edward N. Garno, Esq.
P.O. Box 643
Lowell, Massachusetts 01853
Telephone: (978) 397-2400
Facsimile: (978) 455-1817
E-mail: nedgarno@hotmail.com
Massachusetts Bar No.: 564378
Counsel for Plaintiff

/s/Todd W. Shulby, Esq.
Todd W. Shulby, Esq.
Todd W. Shulby, P.A.
1792 Bell Tower Lane
Weston, Florida 33326
Telephone: (954) 530-2236
Facsimile: (954) 530-6628
E-mail: tshulby@shulbylaw.com
Florida Bar No.: 068365
Counsel for Plaintiff

The Defendants,
By their attorneys,

/s/Randy C. English, Esq.
Randy English, Esq.
Flynn Law Group
185 Devonshire Street, Suite 401
Boston, Massachusetts 02110
Telephone: (617) 988-0633
Facsimile: (617) 988-0637
E-mail: Randy@flynnlaw-ne.com
Massachusetts Bar No.: 628647
Counsel for Defendants
Sheila E. Grove, Trustee, Warren G. Lizio, Trustee,
Trustees of New 560 Tremont Street Trust

/s/David B. Wilson, Esq.
David B. Wilson, Esq.
Hirsch Roberts Weinstein LLP
24 Federal Street, 12th Floor
Boston, Massachusetts 02110
Direct: (617) 348-4314
Main: (617) 348-4300
Facsimile: (617) 348-4343
E-mail: dwilson@hrwlawyers.com
Massachusetts Bar No.: 548359
Counsel for Defendant
Cazarossi, LLC

CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on <u>October 11, 2019,</u> we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: David B. Wilson, Esq. and Randy C. English, Esq.

WE HEREBY CERTIFY that on <u>October 11, 2019,</u> we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and will furnish a copy of the foregoing to the following non-CM/ECF participants: None.

                                                By:    <u>/s/Todd W. Shulby, Esq.</u>
                                                                 Todd W. Shulby, Esq.